**2009–2073.   State v. Griffin.**
Cuyahoga App. No. 91845, 2009-Ohio-4366. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due January 29, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

**2009–2305.   State v. Rodriquez.**
Cuyahoga App. No. 92231, 2009-Ohio-6101. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction for his cross-appeal, due January 22, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that the cross-appeal is dismissed sua sponte. The discretionary appeal and claimed appeal of right remain pending.

# CASE ANNOUNCEMENTS

*February 3, 2010*

[Cite as *02/03/2010 Case Announcements #2*, 2010-Ohio-353.]

# MOTION AND PROCEDURAL RULINGS

**2010–0219.   State v. Brown.**
Mahoning App. No. 10MA17. This cause is pending before the court as a discretionary appeal and claimed appeal of right. In order to expedite consideration of this appeal,

It is ordered by the court, sua sponte, that the appellee shall file a response to the memorandum in support of jurisdiction no later than 6 p.m. on February 3, 2010. The appellee shall file the response by emailing it to the Clerk's Office and shall also serve a copy of the response on all other parties to the appeal by email or facsimile transmission.